UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

WILLIAM MCGRATH,

   Plaintiff,

-vs-

CONN APPLIANCES, INC.,

   Defendant.

CASE NO.: 4:19-cv-01930

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, WILLIAM MCGRATH, and the Defendant, CONN APPLIANCES, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of January, 2021.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Eric J. Troutman* |
| Octavio "Tav" Gomez, Esquire | Eric J. Troutman, Esquire |
| (*Admitted Pro Hac Vice*) | (*Admitted Pro Hac Vice*) |
| Morgan & Morgan, Tampa, P.A. | Squire Patton Boggs (US) LLP |
| 201 N. Franklin St., 7th Floor | 555 South Flower St., 31st Floor |
| Tampa, FL 33602 | Los Angeles, CA 90071 |
| Tele: (813) 223-5505 | Tele: (213) 624-2500 |
| Fax: (813) 223-5402 | Fax: (213) 623-4581 |
| tgomez@forthepeople.com | Eric.Troutman@squirepb.com |
| Attorney for Plaintiff | Attorney for Defendant |